IN THE UNITED STATE DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| v. | * | |
| **ONE 2010 CHEVROLET CAMARO,** | * | **CIVIL NO. RWT-14-1293** |
| **VIN 2G1FT1EW8A9107768** | * | |
| **Defendant.** | * | |

\* \* \* \* \* \* \* \* \* \*

## CLAIM OF OWNERSHIP

Pursuant to 19 U.S.C. Section 1608 and 18 U.S.C. Section 983, the Claimant, submits this claim of ownership contesting the forfeiture and continued seizure of One 2010 Chevrolet Camaro, VIN Number 2G1FT1EW8A9107768.  In the alternative, the Claimant also petitions for remission and mitigation of forfeiture pursuant to 19 U.S.C. Section 1613 and says as follows.

1. I received notice of the United State's Notice of Complaint and Forfeiture.

2. This claim is timely filed to contest the forfeiture.

3. I am the owner of the automobile. Maryland DMV records so show my ownership.

4. I hereby contest the allegation that the Camaro was used or acquired in violation of the Controlled Substances Act, 21 U.S.C. Section 801 et seq., and is otherwise subject to forfeiture.

5. I hereby also request remission and mitigation of forfeiture based on the facts set forth above.

1

6. This claim is not a frivolous claim.

Respectfully submitted,

S/_____
Michael E. Lawlor
6305 Ivy Lane
Suite 608
Greenbelt, Maryland 20770
(301) 474-3404

## CERTFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of July, 2014, a copy of the foregoing was delivered via ECF and email to John Chung, Office of the United States Attorney.

s/_____
Michael E. Lawlor

2